IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREAT AMERICAN INSURANCE )
COMPANY OF NEW YORK, INC. as )
subrogee of Endeavor Seafood, )
INC., and ENDEAVOR SEAFOOD, )
INC., ) CASE NO. CV416-344
 )
    Plaintiffs, )
 )
v. )
 )
CELADON TRUCKING SERVICES, )
INC.; )
 )
    Defendant. )
 )

### O R D E R

Before the Court is the Parties' Dismissal With Prejudice. (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**.[1] The parties shall each bear their own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of July 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result any pending motions are **DISMISSED AS MOOT**.